UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

SANDRA K. RACCA                                   CASE NO. 6:19-CV-01417

VERSUS                                            JUDGE SUMMERHAYS

THE PRUDENTIAL INSURANCE COMPANY                  MAGISTRATE WHITEHURST
OF AMERICA

# ORDER

Considering the Parties' joint motion to dismiss with prejudice, the motion is granted, and this lawsuit is hereby dismissed with prejudice, each party to bear their own costs and fees.

Lafayette, Louisiana, March 31, 2020.

_____
UNITED STATES DISTRICT JUDGE